TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00139-CV

Frank Hutchinson and Diane Hutchinson, Appellants

v.

Terry J. Jackson and Kimberly A. Jackson, Appellees

FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT

NO. 98-0348, HONORABLE CHARLES E. (CHUCK) MILLER, JR., JUDGE PRESIDING

PER CURIAM

 Appellants Frank Hutchinson and Diane Hutchinson have filed an unopposed motion
to dismiss their appeal. The court grants the motion and dismisses the appeal. Tex. R. App. P.
42.1(a)(2).

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellants' Motion

Filed: June 7, 2001

Do Not Publish